| Date of Service | Description | Attorney | Hours Claimed | Hours Allowed | Hourly Rate Claimed | Hourly Rate Allowed | Costs | Total Allowed |
|---|---|---|---|---|---|---|---|---|
| 11/23/2012 | Initial meeting with mother after speaking with her on the phone about her child and potential legal case. Child is at Sharpe Health, she has severe CP, but receiving no services at Sharpe. Mother is there several times a week and observes. Mother has no evaluation reports and does not believe she has been evaluated in several years. Met her in her home and observed J. Mother wants to proceed with legal claim. | CH | 1.5 | 1.5 | $435.00 | $333.75 | | $500.63 |
| 12/14/2012 | Records requests to Sharpe Health and OSE. | CH | 0.5 | 0.5 | $435.00 | $333.75 | | $166.88 |
| 12/15/2012 | Review records mother gave me, which are progress reports only. | CH | 0.3 | 0.3 | $435.00 | $333.75 | | $100.13 |
| 1/5/2013 | Rec and begin reviewing records from Sharpe Health. 130 pages of service trackers and progress reports and IEPs. Only one evaluation which is a developmental from 2009. | CH | 1.7 | 1.7 | $435.00 | $333.75 | | $567.38 |
| 1/7/2013 | Continue reviewing records and preparing educational history in order to write HR. | CH | 0.5 | 0.5 | $435.00 | $333.75 | | $166.88 |
| 1/10/2013 | Review all service trackers and prepare spreadsheet in order to include information in hearing request and for comp ed purposes. | CH | 2 | 2 | $435.00 | $333.75 | | $667.50 |
| 1/15/2013 | Being drafting HR. | CH | 0.7 | 0.7 | $435.00 | $333.75 | | $233.63 |
| 1/15/2013 | Rev dev report, which is only evaluation in file. | CH | 0.4 | 0.4 | $435.00 | $333.75 | | $133.50 |
| 1/15/2013 | Send Dev report to 4 therapists for their expert opinion as to whether to request evaluations at a hearing. | CH | 0.1 | 0.1 | $435.00 | $333.75 | | $33.38 |
| 1/17/2013 | Continue drafting HR, inc several phone calls with mother to clarify facts. | CH | 2.5 | 2.5 | $435.00 | $333.75 | | $834.38 |

| Date of Service | Description | Attorney | Hours Claimed | Hours Allowed | Hourly Rate Claimed | Hourly Rate Allowed | Costs | Total Allowed |
|---|---|---|---|---|---|---|---|---|
| 1/18/13 | Consult with psych after sending dev report to her to see if someone so low can be further evaluated. | CH | 0.2 | 0.2 | $435.00 | $333.75 | | $66.75 |
| 1/18/2013 | Consult with SL therapist after sending dev report to her to see if someone so low can be further evaluated and that we should ask for additional evaluation, to remain current, at hearing. | CH | 0.2 | 0.2 | $435.00 | $333.75 | | $66.75 |
| 1/18/2013 | Consult with OT therapist after sending dev report to her to see if someone so low can be further evaluated and that we should ask for additional evaluation, to remain current, at hearing. | CH | 0.2 | 0.2 | $435.00 | $333.75 | | $66.75 |
| 1/18/2013 | Consult with physical therapist after sending dev report to her to see if someone so low can be further evaluated and that we should ask for additional evaluation, to remain current, at hearing. | CH | 0.2 | 0.2 | $435.00 | $333.75 | | $66.75 |
| 1/20/2013 | Continue drafting HR, reviewing documents. | CH | 1 | 1 | $435.00 | $333.75 | | $333.75 |
| 1/27/2013 | Meet with mother to review HR and get her approval.  Mother corrected some facts and dates. | CH | 0.8 | 0.8 | $435.00 | $333.75 | | $267.00 |
| 1/28/2013 | Revise HR after speaking with mother. | CH | 0.4 | 0.4 | $435.00 | $333.75 | | $133.50 |
| 2/1/2013 | File HR with OGC and SHO.  33 factual allegations. | CH | 0.1 | 0.1 | $435.00 | $333.75 | | $33.38 |
| 2/5/2013 | Rec/rev DCPS response to HR.  Denied all allegations, stated J did not require services, as she is too low to benefit. | CH | 0.4 | 0.4 | $435.00 | $333.75 | | $133.50 |
| 2/6/2013 | Rec/rev order on timelines, etc.  Calendar all dates and note all instructions. | CH | 0.2 | 0.2 | $435.00 | $333.75 | | $66.75 |

| Date of Service | Description | Attorney | Hours Claimed | Hours Allowed | Hourly Rate Claimed | Hourly Rate Allowed | Costs | Total Allowed |
|---|---|---|---|---|---|---|---|---|
| 2/6/2013 | Share DCPS response with parent so that she will have understanding as to what we will be up against at hearing. | CH | 0.2 | 0.2 | $435.00 | $333.75 | | $66.75 |
| 2/8/2013 | Negotiate RM date and time with DCPS. | CH | 0.4 | 0.4 | $435.00 | $333.75 | | $133.50 |
| 2/10/2013 | Prepare mother for RM. | CH | 0.5 | 0.5 | $435.00 | $333.75 | | $166.88 |
| 2/11/2013 | Participate in RM. Case did not resolve, parties did not agree to shorten timeline. | CH | 0 | 0 | $435.00 | $333.75 | | $0.00 |
| 2/11/2013 | Rec/rev proposed SA from OGC. Does not allow for attorney fees and forces client to give up all comp ed. | CH | 0.4 | 0.4 | $435.00 | $333.75 | | $133.50 |
| 2/13/2013 | Meet with mother to review PSA, explain pros and cons of accepting, and mother determines she will not accept PSA. | CH | 0.6 | 0.6 | $435.00 | $333.75 | | $200.25 |
| 2/13/2013 | Corres with OGC rejecting PSA and explaining reasons for decision. | CH | 0.5 | 0.5 | $435.00 | $333.75 | | $166.88 |
| 2/13/2013 | Many emails back and forth trying to set PHC. | CH | 0.4 | 0.4 | $435.00 | $333.75 | | $133.50 |
| 2/13/2013 | Corres with Mr. Jaffe, copy HO, asking that he not involve HO in corres re attempting to settle case. | CH | 0.3 | 0.3 | $435.00 | $333.75 | | $100.13 |
| 2/13/2013 | Corres from HO asking Mr. Jaffe not to involve her in settlement talks. | CH | 0.3 | 0.3 | $435.00 | $333.75 | | $100.13 |
| 2/13/2013 | Rec/rev order regarding preharing subjects. | CH | 0.2 | 0.2 | $435.00 | $333.75 | | $66.75 |
| 2/14/2013 | Rec second PSA, this time pursuant to 1415(i)(3). | CH | 0.3 | 0.3 | $435.00 | $333.75 | | $100.13 |
| 2/14/2013 | Letter to HO Dietrich asking that she order Mr. Jaffe to stop involving her in set neg. | CH | 0.4 | 0.4 | $435.00 | $333.75 | | $133.50 |
| 2/14/2013 | Comm with mother regarding 2nd PSA. Mother rejects this, as well. | CH | 0.3 | 0.3 | $435.00 | $333.75 | | $100.13 |
| 2/15/2013 | Respond/counter DCPS PSA. | CH | 0.5 | 0.5 | $435.00 | $333.75 | | $166.88 |
| 2/15/2013 | Rev corres from Mr. Jaffe to HO stating that I am filing frivolous lawsuit. | CH | 0.2 | 0.2 | $435.00 | $333.75 | | $66.75 |

| Date of Service | Description | Attorney | Hours Claimed | Hours Allowed | Hourly Rate Claimed | Hourly Rate Allowed | Costs | Total Allowed |
|---|---|---|---|---|---|---|---|---|
| 2/15/2013 | Corres from HO asking that I file a motino to stop settlement talks from entering record. | CH | 0.2 | 0.2 | $435.00 | $333.75 | | $66.75 |
| 2/15/2013 | Rec/rev stronger letter from HO Dietrich asking Jaffe not to include her in set talks. | CH | 0.2 | 0.2 | $435.00 | $333.75 | | $66.75 |
| 2/15/2013 | Prepare motion to strike set negs from the record, specifically asking Mr. Jaffe to withdraw his offer of set from the HO record. | CH | 0.8 | 0.8 | $435.00 | $333.75 | | $267.00 |
| 2/16/2013 | Begin researching local rules and federal rules regarding set talks and offers of judgment. | CH | 2 | 2 | $435.00 | $333.75 | | $667.50 |
| 2/16/2013 | Consult with colleagues and review case law regarding using courts rules and FRCP as analogy here.  Determine this is how to proceed. | CH | 1 | 1 | $435.00 | $333.75 | | $333.75 |
| 2/17/2013 | Review all emails back and forth with OGC, more than 30, to determine which ones involve settlement discussions, assemble these documents and prepare to include them as exhibits which should be excluded from the record. | CH | 1.2 | 1.2 | $435.00 | $333.75 | | $400.50 |
| 2/17/2013 | Prepare exhibits for filing. | CH | 0.4 | 0.4 | $435.00 | $333.75 | | $133.50 |
| 2/18/2013 | Complete Memo in Support of Motion by continuing research and writing memo. | CH | 2.5 | 2.5 | $435.00 | $333.75 | | $834.38 |
| 2/18/2013 | Finalize memo in support of motion. | CH | 0.4 | 0.4 | $435.00 | $333.75 | | $133.50 |
| 2/19/2013 | File Motion to Prohibit Settlement Negotiations from Entering Record, including all supporting documents. | CH | 0.1 | 0.1 | $435.00 | $333.75 | | $33.38 |
| 2/19/2013 | Rec/rev DCPS' response to Motion to Strike Settlement Negotia[t]ions from the Record. | CH | 0.3 | 0.3 | $435.00 | $333.75 | | $100.13 |
| 2/21/2013 | Prepare for PHC by reviewing all relevant records and notes from my research. | CH | 0.5 | 0.5 | $435.00 | $333.75 | | $166.88 |

| Date of Service | Description | Attorney | Hours Claimed | Hours Allowed | Hourly Rate Claimed | Hourly Rate Allowed | Costs | Total Allowed |
|---|---|---|---|---|---|---|---|---|
| 2/22/2013 | Participate in prehearing conf. HO reframed issues into 5 separate issues and certified them for DPH. | CH | 1.2 | 1.2 | $435.00 | $333.75 | | $400.50 |
| 2/24/2013 | Rec/rev prehearing order. | CH | 0.3 | 0.3 | $435.00 | $333.75 | | $100.13 |
| 2/24/2013 | Rec/rev Order granting our Motion to strike settlement talks. | CH | 0.4 | 0.4 | $435.00 | $333.75 | | $133.50 |
| 2/28/2013 | Rec/rev DCPS' amended response to HR. | CH | 0.2 | 0.2 | $435.00 | $333.75 | | $66.75 |
| 3/1/2013 | TC with mother to advise her of amended response and explain implications. | CH | 0.2 | 0.2 | $435.00 | $333.75 | | $66.75 |
| 3/1/2013 | Corres with Jaffe requesting that he assist us in getting observers into classroom, as this is part of evaluation, and DCPS policy states it is allowed. | CH | 0.3 | 0.3 | $435.00 | $333.75 | | $100.13 |
| 3/2/2013 | Rec/rev DCPS obs policy report and form required for observers from SEC at Sharpe Health. | CH | 0.3 | 0.3 | $435.00 | $333.75 | | $100.13 |
| 3/2/2013 | Rec notification from OGC Jaffe that observers will not be allowed in classroom to observe J as part of the ind evaluation they are preparing for and for hearing preparation, despite authorization from SEC. | CH | 0.2 | 0.2 | $435.00 | $333.75 | | $66.75 |
| 3/2/2013 | Corres with SEC at Sharpe who states that she must reverse her position to allow observers into classroom, per advice from OGC. | CH | 0.2 | 0.2 | $435.00 | $333.75 | | $66.75 |
| 3/3/2013 | Second request to Mr. Jaffe for help, stating I will file motion if he does not cooperate. | CH | 0.2 | 0.2 | $435.00 | $333.75 | | $66.75 |
| 3/3/2013 | Final corres from Mr. Jaffe. He will not allow observers to enter Sharpe Health to observe. | CH | 0.2 | 0.2 | $435.00 | $333.75 | | $66.75 |
| 3/3/2013 | Begin drafting motion to allow observers into the classroom prior to hearing. | CH | 1 | 1 | $435.00 | $333.75 | | $333.75 |

| Date of Service | Description | Attorney | Hours Claimed | Hours Allowed | Hourly Rate Claimed | Hourly Rate Allowed | Costs | Total Allowed |
|---|---|---|---|---|---|---|---|---|
| 3/4/2013 | Begin drafting Memo in Support of Motion, inc researching case law and OSEP documents regarding need to fully prepare for hearing by observing student. | CH | 2 | 2 | $435.00 | $333.75 | | $667.50 |
| 3/4/2013 | Continued extensive research from case law, OSEP documents, consu[l]tation with colleagues regarding parent's right to observe student in classroom or parent's advocate's right, inc if it relates to upcoming hearing.  Determine that we have strong motion to submit. | CH | 1.7 | 1.7 | $435.00 | $333.75 | | $567.38 |
| 3/5/2013 | Review all possible exhibits, determine which to use, and assemble them for submission. | CH | 0.5 | 0.5 | $435.00 | $333.75 | | $166.88 |
| 3/6/2013 | Complete memo in support of motion to allow observers into classroom. | CH | 1 | 1 | $435.00 | $333.75 | | $333.75 |
| 3/7/2013 | File motion to Allow Independent Observers into Classroom to Observe, including memo, exhibits, and proposed order. | CH | 0.1 | 0.1 | $435.00 | $333.75 | | $33.38 |
| 3/9/2013 | Rec/rev DCPS response to our Motion. | CH | 0.3 | 0.3 | $435.00 | $333.75 | | $100.13 |
| 3/18/2013 | Rec/rev order on our motion to Allow Observers into the Classroom.  Granted. | CH | 0.4 | 0.4 | $435.00 | $333.75 | | $133.50 |
| 3/18/2013 | Corres with Jaffe as to how to set up observations, following our successful motion.  Agree that I will deal directly with SEC. | CH | 0.3 | 0.3 | $435.00 | $333.75 | | $100.13 |
| 3/18/2013 | TCs with all 4 experts/evaluators regarding [whether] they will be allowed into school to observe and they should do so immediately, before disclosures are due on 3/20. | CH | 0.5 | 0.5 | $435.00 | $333.75 | | $166.88 |
| 3/18/2013 | Corres with Jaffe asking him to provide me with the name of DCPS employee who can bind the agency, so that I can determine who to talk to, per Dietrich's order.  Jaffe refuses. | CH | 0.3 | 0.3 | $435.00 | $333.75 | | $100.13 |

| Date of Service | Description | Attorney | Hours Claimed | Hours Allowed | Hourly Rate Claimed | Hourly Rate Allowed | Costs | Total Allowed |
|---|---|---|---|---|---|---|---|---|
| 3/18/2013 | Receive new observation policy from SEC. | CH | 0.3 | 0.3 | $435.00 | $333.75 | | $100.13 |
| 3/19/2013 | Corres with all our observers, providing them the observation policy and confidentiality agreement and directing them to sign and provide short observation report within 2 days of their obs, per new DCPS policy. | CH | 0.5 | 0.5 | $435.00 | $333.75 | | $166.88 |
| 3/19/2013 | Many emails, back and forth regarding how SEC intends to handle new obs[e]rvation policy and agreement that our obs[e]rvers have to sign prior to entering classroom. | CH | 0.7 | 0.7 | $435.00 | $333.75 | | $233.63 |
| 3/20/2013 | Rec/rev ind PT obser[v]ation report. Recommends services and comp ed. Ask her to correct it to just reflect the classroom obs part, as that it what the order states. | CH | 0.4 | 0.4 | $435.00 | $333.75 | | $133.50 |
| 3/23/2013 | Begin reviewing all documents in order to determine what to submit for disclosures and start preparing disclosure letter. | CH | 1.3 | 1.3 | $435.00 | $333.75 | | $433.88 |
| 3/24/2013 | Continue preparing disclosures. | CH | 1.5 | 1.5 | $435.00 | $333.75 | | $500.63 |
| 3/26/2013 | Rec/rev psych obs report. | CH | 0.3 | 0.3 | $435.00 | $333.75 | | $100.13 |
| 3/26/2013 | Rec/rev S/L obs report. | CH | 0.2 | 0.2 | $435.00 | $333.75 | | $66.75 |
| 3/26/2013 | Rec/rev PT corrected obs report. | CH | 0.3 | 0.3 | $435.00 | $333.75 | | $100.13 |
| 3/26/2013 | Rec/rev OT obs report. | CH | 0.2 | 0.2 | $435.00 | $333.75 | | $66.75 |
| 3/26/2013 | Continue preparing disclosures, inc providing thrust of testimony for all expert witnesses. | CH | 4 | 4 | $435.00 | $333.75 | | $1,335.00 |
| 3/27/2013 | File disclosures with OGC and SHO. 29 documents, 4 expert witnesses. | CH | 0.1 | 0.1 | $435.00 | $333.75 | | $33.38 |
| 3/27/2013 | Notice to Jaffe that I did not receive disclosures. | CH | 0.1 | 0.1 | $435.00 | $333.75 | | $33.38 |
| 3/28/2013 | Begin hearing preparation by writing opening statement. | CH | 1.5 | 1.5 | $435.00 | $333.75 | | $500.63 |
| 3/28/2013 | Continue hearing preparaion by starting to prepare questions for all 4 experts. | CH | 2 | 2 | $435.00 | $333.75 | | $667.50 |

| Date of Service | Description | Attorney | Hours Claimed | Hours Allowed | Hourly Rate Claimed | Hourly Rate Allowed | Costs | Total Allowed |
|---|---|---|---|---|---|---|---|---|
| 3/29/2014 | Continue preparing questions for experts and begin working on questions for mother. | CH | 1 | 1 | $435.00 | $333.75 | | $333.75 |
| 3/29/2013 | Send questions to each expert and make plans to prepare them. | CH | 0.1 | 0.1 | $435.00 | $333.75 | | $33.38 |
| 4/1/2013 | Prepare Dr. Zeitlin for DPH. | CH | 0.3 | 0.3 | $435.00 | $333.75 | | $100.13 |
| 4/1/2013 | Prepare Dr. Paleg for DPH. | CH | 0.3 | 0.3 | $435.00 | $333.75 | | $100.13 |
| 4/1/2013 | Prepare Ms. Masci for DPH. | CH | 0.6 | 0.6 | $435.00 | $333.75 | | $200.25 |
| 4/1/2013 | Prepare Ms. Askew for DPH. | CH | 0.4 | 0.4 | $435.00 | $333.75 | | $133.50 |
| 4/1/2013 | Rev prehearing order and determine to not to forward on every issue. | CH | 0.3 | 0.3 | $435.00 | $333.75 | | $100.13 |
| 4/2/2013 | Prepare pleading, notice of withdrawal of issues 3 and 4 in complaint. | CH | 0.3 | 0.3 | $435.00 | $333.75 | | $100.13 |
| 4/2/2013 | File pleading with SHO and OGC. | CH | 0.1 | 0.1 | $435.00 | $333.75 | | $33.38 |
| 4/2/2013 | Meet with mother to prepare her for DPH, reviewed all obs reports and focused heavily on facts of past two years, what she had observed in classroom, and potential cross x. | CH | 2.2 | 2.2 | $435.00 | $333.75 | | $734.25 |
| 4/2/2013 | Final hearing prep, go over all questions and argument and disclosure documents. | CH | 1.5 | 1.5 | $435.00 | $333.75 | | $500.63 |
| 4/3/2013 | Participate in DPH. Hearing started 20 minutes late. OGC needed to print out documents and HO in conference with CHO. Parties agreed to recess for settlement discussion. Parties agreed to settlement terms and returned to hearing room to place settlement on the record in a Consent Order. | CH | 2.3 | 2.3 | $435.00 | $333.75 | | $767.63 |
| 4/4/2013 | Rec/rev Consent order as agreed to at DPH. | CH | 0.3 | 0.3 | $435.00 | $333.75 | | $100.13 |

| Date of Service | Description | Attorney | Hours Claimed | Hours Allowed | Hourly Rate Claimed | Hourly Rate Allowed | Costs | Total Allowed |
|---|---|---|---|---|---|---|---|---|
| 4/5/2013 | Notify PT that she may go ahead and complete her evaluation. Discuss with her that she spent 2 hours in her observation and that she can write that report up, as she says she actually did a complete evaluation at the time. | CH | 0.3 | 0.3 | $435.00 | $333.75 | | $100.13 |
| 4/5/2013 | Notify OT that she can move forward with a full evaluation. | CH | 0.2 | 0.2 | $435.00 | $333.75 | | $66.75 |
| 4/5/2013 | Notify S/L therapist that she can move forward with a full evaluation. | CH | 0.2 | 0.2 | $435.00 | $333.75 | | $66.75 |
| 4/8/2013 | Rec/rev IEE letter authorizing evaluations per HOD. | CH | 0.1 | 0.1 | $435.00 | $333.75 | | $33.38 |
| 4/11/2013 | Rec/rev revised IEE letter from DCPS. | CH | 0.1 | 0.1 | $435.00 | $333.75 | | $33.38 |
| 4/15/2013 | Rec/rev final PT evaluation report. | CH | 0.5 | 0.5 | $435.00 | $333.75 | | $166.88 |
| 5/31/2013 | Rec/rev ind OT report. Recommends services and comp ed. | CH | 0.4 | 0.4 | $435.00 | $333.75 | | $133.50 |
| 5/31/2013 | Rec/rev ind S/L report. Recommends services. | CH | 0.4 | 0.4 | $435.00 | $333.75 | | $133.50 |
| 6/2/2013 | RC with mother, notify her that we have all reports, that we can accept them and send to DCPS. Agree to meet with her to go over reports. | CH | 0.2 | 0.2 | $435.00 | $333.75 | | $66.75 |
| 6/3/2013 | Send all reports to DCPS per HOD. | CH | 0.1 | 0.1 | $435.00 | $333.75 | | $33.38 |
| 6/4/2013 | Negotiate with CCM regarding recommendation from two evaluators that an AT evaluation be performed. CCM agrees to issue IEE letter at IEP meeting, if team agrees to evaluation. | CH | 0.3 | 0.3 | $435.00 | $333.75 | | $100.13 |
| 6/14/2013 | Meet with Ms. Yeager prior to IEP meeting to go over final preparation, inc going over all ind evaluations. | CH | 2 | 2 | $435.00 | $333.75 | | $667.50 |

| Date of Service | Description | Attorney | Hours Claimed | Hours Allowed | Hourly Rate Claimed | Hourly Rate Allowed | Costs | Total Allowed |
|---|---|---|---|---|---|---|---|---|
| 6/14/2013 | Participate in IEP meeting per HOD. DCPS refused to provide any related services, despite recommendations from all ind evaluators. CCM refused to issue IEE letter for assistive technology evaluation, despite my showing her the email where she stated she would do so at the IEP meeting. CCM said she had changed her mind, that DCPS will do the evaluations. | CH | 3.5 | 3.5 | $435.00 | $333.75 | | $1,168.13 |
| 6/18/2013 | Tconf with mother. Agree that we will file new HR based on DCPS' refusal to provide any related services and develop appropriate goals. | CH | 0.3 | 0.3 | $435.00 | $333.75 | | $100.13 |
| | | | | 72.5 | | | | $24,196.88 |
| 3/28/2013 | Copy disclosures for DPH to be used by CH. | | | | | | $24.30 | |
| 3/28/2013 | Copy disclosures for DPH to be used by HO. | | | | | | $24.30 | |
| 3/29/2013 | Copy disclosures for DPH to be used by Dr. Zeitlin. | | | | | | $24.30 | |
| 3/30/2013 | Copy disclosures for DPH to be used by Dr. P[a]leg. | | | | | | $24.30 | |
| 3/31/2013 | Copy disclosures for DPH to be used by Ms. Askew. | | | | | | $24.30 | |
| 4/1/2013 | Copy disclosures for DPH to be used by Ms. Masci. | | | | | | $24.30 | |
| 4/2/2013 | Copy disclosures for DPH to be used by parent. | | | | | | $24.30 | |
| | | | | | | | $170.10 | |